UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CAPRI, | Case No. 3:22-cv-00514-MMD-CLB |
| Plaintiff | ORDER |
| v. | |
| STEVE SISOLAK, et al., | |
| Defendants | |

On October 30, 2023, this Court issued an order directing Plaintiff to file a change of address and file an application to proceed *in forma pauperis* by a non-prisoner or pay the full $402 filing fee for a civil action. (ECF No. 22 at 2-3). Plaintiff submitted a change of address but did not file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee. (*See* ECF No. 24).

The Court grants Plaintiff **until December 31, 2023**, to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $402.

For the foregoing reasons, it is ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that **on or before December 31, 2023**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 30th day of November 2023.

_____
UNITED STATES MAGISTRATE JUDGE