1  AARON D. FORD
     Attorney General
2  JANET E. TRAUT, Bar No. 8695
     Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1120
5  E-mail: jtraut@ag.nv.gov

6  *Attorneys for Defendants*
   *Stacey Barrett, Jaymie Cabrera,*
7  *Charles Daniels, James Dzurenda,*
   *Jessica Issacson (Rambur), Calvin Johnson*
8  *Michael Minev, Ronald Oliver, Nick Parsons,*
   *Steve Sisolak and Megan Sullivan*

9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12  RICHARD CAPRI,                    Case No. 3:22-cv-00514-MMD-CLB

13              Plaintiff,            **ORDER GRANTING**
                                      **JOINT STIPULATION TO DISMISS WITH**
14  vs.                               **PREJUDICE**
                                      **AND ORDER**
15  STEVE SISOLAK, et al.,

16              Defendants.

17       The Parties, Plaintiff, Richard Capi, and Defendants Stacey Barrett, Jaymie

18  Cabrera, Charles Daniels, James Dzurenda, Jessica Issacson (Rambur), Calvin Johnson,

19  Michael Minev, Ronald Oliver, Nick Parsons, Steve Sisolak and Megan Sullivan, by and

20  through counsel, Nevada Attorney General, Aaron D. Ford, and Deputy Attorney General,

21  Janet E. Traut, hereby stipulate and agree that this matter be dismissed, with prejudice,

22  each party to bear their own attorney's fees and costs.

23  DATED this 13th day of May 2024.
                                      DATED this 13th day of May 2024.
24  AARON D. FORD
    Attorney General
25
                                      By: _____
26                                         Richard Capri
    By: _____
27       Janet E. Traut (Bar No. 8695)
         Deputy Attorney General
28       Attorney for Defendants

                              1

1    IT IS SO ORDERED

2    DATED this _25th_ day of ___June___ 2024.

3

4

5           UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 25, 2024, I electronically filed the foregoing, **JOINT STIPULATION TO DISMISS WITH PREJUDICE AND ORDER**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Richard Capri
766 Helvetia Ave.
Reno, NV 89502

An employee of the
Office of the Nevada Attorney General